UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LDM GROUP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13CV773 HEA |
| | ) |
| OPTIMIZERX CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

As counsel has notified the Court that they wish to proceed with the hearing set in this matter on Wednesday, June 19, 2013,

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Hearing [Doc. #32] is denied as moot.

**IT IS FURTHER ORDERED** the hearing on Defendant's Motion for Preliminary Injunction [Doc. #16] remains set for Wednesday, June 19, 2013, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 12th day of June, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE